UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURUDI JARARD FAISON,<br><br>                    Petitioner,<br><br>       v.<br><br>LINDA SANDERS,<br><br>                    Respondent. | No. CV 11-5512 DOC (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition without prejudice.

DATED: January 9, 2012

*/s/ David O. Carter*

DAVID O. CARTER
United States District Judge