UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURUDI JARARD FAISON,<br><br>          Petitioner,<br><br>   v.<br><br>LINDA SANDERS,<br><br>          Respondent. | No. CV 11-5512 DOC (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 9, 2012

*David O. Carter*
DAVID O. CARTER
United States District Judge